No. 79–565. CENTRAL HUDSON GAS & ELECTRIC CORP. *v.* PUBLIC SERVICE COMMISSION OF NEW YORK. Appeal from Ct. App. N. Y. Probable jurisdiction noted and case set for oral argument in tandem with No. 79–134, *Consolidated Edison Company of New York, Inc.* v. *Public Service Commission of New York* [probable jurisdiction noted, *ante,* p. 822].

No. 79–4. WILLIAMS ET AL. *v.* ZBARAZ ET AL.;

No. 79–5. QUERN, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. *v.* ZBARAZ ET AL.; and

No. 79–491. UNITED STATES *v.* ZBARAZ ET AL. Appeals from D. C. N. D. Ill. Motions of Legal Defense Fund for Unborn Children and Cora McRae et al. for leave to file briefs as *amici curiae* denied. Motion of Alan Ernest for appointment as counsel for children unborn and born alive denied. Further consideration of question of jurisdiction postponed to hearing of cases on the merits. Cases consolidated and a total of one and one-half hours allotted for oral argument. Reported below: 469 F. Supp. 1212.

No. 79–116. THOMAS *v.* WASHINGTON GAS LIGHT CO. ET AL. C. A. 4th Cir. Certiorari granted.

No. 79–305. UNITED STATES *v.* HAVENS. C. A. 5th Cir. Certiorari granted.

No. 79–465. NAVARRO SAVINGS ASSN. *v.* LEE ET AL. C. A. 5th Cir. Certiorari granted.

No. 79–48. ANDRUS, SECRETARY OF THE INTERIOR, ET AL. *v.* GLOVER CONSTRUCTION CO. C. A. 10th Cir. Motion of Arctic Slope Regional Corp. for leave to file a brief as *amicus curiae* and certiorari granted.